

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Wesley Fite,

Vs. No. 11-25-00094-CV

Leah Fite,

\* From the 39th District Court
of Throckmorton County,
Trial Court No. 3592.

\* June 12, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction, for want of prosecution, and for failure of Wesley Fite to comply with this court's directives. Therefore, in accordance with this court's opinion, the appeal is dismissed.